# United States Court of Appeals for the Federal Circuit

---

February 10, 2021

## ERRATA

---

Appeal No. 2020-1611

**IN RE: KENTON ABEL,**
*Appellant*

Decided:  January 7, 2021
Non-Precedential Opinion

---

Please make the following change:

On page 8, line 28, change "undermine" to "undermines"